# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00458-CV

**Stephano Aviles, Appellant**

**v.**

**Jessica Lynn Aviles, Appellee**

### FROM THE 169TH DISTRICT COURT OF BELL COUNTY
### NO. 310,152-C, THE HONORABLE GORDON G. ADAMS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on December 2, 2019. On February 18, 2020, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by February 28, 2020, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Kelly, and Smith

Dismissed for Want of Prosecution

Filed: March 5, 2020